USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/24/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONICA JEAN BAPTISTE,

          Plaintiff,

v.

TAPESTRY, INC.,

          Defendant.

No. 18-CV-10729 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the close of fact discovery on January 16, 2020, the Court hereby reschedules the post-fact discovery conference for February 14, 2020 at 12:30 P.M. No later than February 7, 2020, the parties shall file a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the patties have made to settle the action.

SO ORDERED.

Dated:    January 24, 2020
           New York, New York

Ronnie Abrams
United States District Judge