USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/27/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONICA JEAN BAPTISTE,

        Plaintiff,

v.

TAPESTRY, INC.,

        Defendant.

No. 18-CV-10729 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

During the post-fact discovery conference on February 14, 2020, the parties stated that they planned to request a second settlement conference before Magistrate Judge Moses. No later than March 6, 2020, the parties shall file a joint letter updating the Court on the status of the case, including whether they still intend to request a settlement conference. If not, and if Defendant still intends to move for summary judgment, the parties shall propose a joint briefing schedule.

SO ORDERED.

Dated:   February 27, 2020
        New York, New York

_____
Ronnie Abrams
United States District Judge